## LITCHFIELD COUNTY, FEBRUARY TERM, A. D. 1790.

### SCOTT v. STATE.

New trial granted on an information for passing counterfeit money, on the ground of new-discovered evidence.

A NEW trial was granted on the petition of said Scott, who was convicted last court of passing counterfeit money, on the ground of having discovered new evidence.

### HAWLEY v. COUNTY OF LITCHFIELD.

In an action for an escape through the insufficiency of the gaol, special damages only were given.

ACTION for the escape of Benajah Hawley, who was in prison on an execution, and escaped through the insufficiency of the gaol: Judgment against the county, and for £20, the special damages only; the execution being for a much greater sum. See Staphorse v. County of New Haven, August Term, A. D. 1789.

### RATCLIFF v. DEWIT.

An action on book depending, is no bar to the defendant's suing the plaintiff on book.

ACTION of debt on book. Plea in abatement — An action commenced by the defendant against the plaintiff, before the date and impetration of the plaintiff's writ, which is now depending.

Judgment — Plea insufficient.

And by the COURT. Although a defendant in an action of book may recover the balance due to him; yet a debtor on book may commence an action on purpose to prevent his creditor from attaching, to secure his debt; or bring his action before a justice, where he can recover but £4; or if brought to the County Court, he may lay his damage so low, as to prevent an appeal.